IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLE WATERHOUSE, | | No C-09-4942 VRW (PR) |
| | Petitioner, | |
| v | | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |
| PAUL COPENHAVER, Warden, et al, | | |
| | Respondent(s). | |

This habeas corpus action by pro se prisoner Nicole Waterhouse was filed on October 16, 2009. Doc #1. The court notified petitioner in writing at that time that the action was deficient because she did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in her prison account and a copy of her prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #4.

//

   Over forty-five days have elapsed since petitioner was notified of her filing deficiency; however, she has not provided the court with the requisite items, or sought an extension of time to do so.  The action, therefore, is DISMISSED without prejudice subject to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.  Further, a certificate of appealability is DENIED.  See Rule 11(a) of the Rules Governing Section 2254 Cases (effective Dec 1, 2009).  Petitioner may not appeal the denial of a certificate of appealability in this court but may seek a certificate from the court of appeals under Rule 22 of the Federal Rules of Appellate Procedure.  Id.

   The clerk shall terminate all pending motions as moot, enter judgment in accordance with this order and close the file.

   IT IS SO ORDERED.

          */s/ Vaughn R Walker*
          **VAUGHN R WALKER**
          United States District Chief Judge

`G:\PRO-SE\VRW\HC.09\Waterhouse-09-4942-dismiss-ifp deficiency.wpd`